**FEDERAL TRADE COMMISSION, Petitioner, v. H. I. SIFERS, Individually and Trading as Sifers Confection Co.**
**No. 398 Orig.**

Circuit Court of Appeals, Eighth Circuit.
June 4, 1936.

W. T. Kelley, Chief Counsel, and Martin A. Morrison, Asst. Chief Counsel, Federal Trade Commission, both of Washington, D. C., for petitioner.

PER CURIAM.

Order of Federal Trade Commission to cease and desist affirmed, and respondent ordered to file report with commission, etc.